IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANCES WENTZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:17-cv-657-GMB |
| | ) |
| BURLINGTON COAT FACTORY | ) |
| WAREHOUSE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

# ORDER

Before the court is the parties' Joint Stipulation of Dismissal. Doc. 52. In light of the foregoing, it is ORDERED that this action is DISMISSED, with prejudice, costs taxed as paid. The Clerk of Court is DIRECTED to enter this judgment as a final judgment on the docket sheet and to close the file.

DONE this 1st day of February, 2019.

GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE